# EXHIBIT A



TIFFANY TUTH

# New York Dolls Halloween Party Friday October 24th!



# Latest Dolls Tweets

Whenever you want to ___ out, come in at ___, our ___ are ___ to ___ you off. ___, Apr 22

Whenever you want to ___ out, come in at ___, our ___ are ___ to ___ you off. ___, Apr 22

Another ___ in front of you!Come and get ___ for it!Our ___ born to bring out the ___ in you. ___, Apr 20

Another ___ in front of you! Come and get ___ for it! Our ___ were born to bring out the ___, Apr 20

___ would've given up his ___ for our ___! Simply because our ___ are smoking ___! ___, Apr 18

Powered by:






 **New York Dolls Club**
April 15, 2014

Who needs to leave anything to the imagination when the reality is even better?

Like · Comment · Share

18 people like this.

1 share



Like · Comment · Share

18 people like this.



LIKED BY THIS PAGE

 Private Eyes Gentlemen's Cl...   Like

 Mr. Robata: Robata Grill & S...   Like

**New York Dolls Club**
April 14, 2014

Best way to beat Mondays? Heat things up at New York Dolls

English (US) · Privacy · Terms · Cookies · More

https://www.facebook.com/NYDollsClub/photos/a.387851831255115.89663.104515419588759/733739789999649/?type=1&theater                1/1




TIFF TODA





Are you ready for a ... at ... ? Introducing ... and ... ! ... Apr 10

Are you ready for a ... at ... ? Introducing ... and ..., you don't...
Apr 10



Be the ... of your own ..., be ..., he ..., more ..., be at ... . Apr 08



Be the ... of your own ... he ..., be ..., more ..., be at ... . Apr 08

Happy Easter! Keep being ... my friends!
Apr 06

Powered by: ...



0 Comments | March 11, 2015 | New York Dolls

Black and White Party - April 22 - 25th

Read More

0 Comments | December 3, 2014 | New York Dolls



Read More

0 Comments | October 1, 2014 | ...



Read More





2,632

0 comments    January 13, 2014    New York Dolls

### NEW YORK DOLLS SUPER BOWL NY/NJ



Join us every day & night during Super Bowl week here at New York Dolls. We will have gorgeous entertainers in their favorite football jerseys. Come party with us!

Read More

0 comments    January 2, 2014    New York Dolls

### HAPPY NEW YEAR!



We at New York Dolls would like to wish everyone a Happy New Year!

Read More

 New York Dolls Club

1   2   3

0   0   0

  New York Dolls Club

0   1   1

  New York Dolls Club

59 Murray Street
New York, NY 10007
Phone: 1.212.791.5261

Mon-Fri 12pm-4am

OFF TO THE INSTAGRAM



Search

 nydollsclub

 FOLLOW



15 likes

nydollsclub Who needs to leave anything to imagination when the reality is even better? #blonde #blondes #swimsuit #bikini #model #...

https://instagram.com/p/m0MNm0gtEN/

76w

1/2

#blondes #swimsuit #bikini #model #modeling #beauty #beautiful... ...ren the reality is even better? #blonde #blondes #swimsuit #bikini #model #...
#hair #heels #club #nyc #newyork #newyorkcity

traceykelleyleonsoon Hello I just want to know if you are still looking for more dancers for the day time and if I come what I need to bring with me when I come to the club..

Add a comment...

ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS
PRIVACY    TERMS    LANGUAGE
© 2015 INSTAGRAM

https://instagram.com/p/m0MNm0gtEN/

2/2

# EXHIBIT B

GEMMA LEE

# Employment Opportunities



Latest NY Dolls Tweets

Powered by:

NY Dolls Facebook Feed

So do you like to work in New York City's most popular celebrities gentlemen's club? Do you have great interpersonal skills and enjoy people?

New York Dolls is always impressed customers and adding new people, dancers, plus and one waitress bartenders, servers & waiters, hospitality hosts, security guards and more.

# EXHIBIT C

GEMMA LEE



### Club Specials

Monday

Wednesday

Thursday

Friday

Saturday

Sunday

Latest [illegible]

Create time for play this work week.
, Jun 01

Are you ready for a ?
Visit Manhattan's #1 Gentleman's club
, May 29

Happy !
would thank you, our dear , for your
long-time support! , May 26

# EXHIBIT D

HEATHER RAE YOUNG







New York Dolls Club
January 23, 2014

At New York Dolls Club.

Like · Comment · Share



Sponsored

Create Ad



Class Action Settlement
dmcasettlement.com
If Asset Acceptance called your cell phone, you could get cash or debt forgiveness

https://www.facebook.com/NYDollsClub/photos/pb.104151419588759.-2207520000.1443571466./691523644221264/?type=3&theater

1/1

# NEW YORK DOLLS 2014 SUPER BOWL WEEK! HEATHER RAE YOUNG



COME PARTY WITH US ALL SUPER BOWL WEEK... OVER 100 ENTERTAINERS DAILY... GET READY FOR THE BIG GAME WITH OUR GORGEOUS ENTERTAINERS IN THEIR FAVORITE FOOTBALL JERSEYS... WE LOOK FORWARD TO PARTYING WITH YOU!

http://www.nydollsclub.com/new-york-dolls-2014-super-bowl-week/