# EXHIBIT E

RACHEL B.
KOREN    SABELLA SHAKE

## Black And White Party – April 22 – 25th



# EXHIBIT F

RACHEL B.
KOREN        SABECUA SHAKK

## Black And White Party - April 22 - 25th



# EXHIBIT G





URSULA HAYES





Video Sponsored by SCW
StripClubNetwork
Click here for more information

Gossip   Melville, New York

Home > North America > New York, Melville > Gossip



Free Pass

   

Party Info    Guestbook    Employment    Contact Club    Dancer Schedules    Club Events

Club Owners Click here to Log In to Your Account

**Drew From Cityscapes** • 7/9/2015
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Hey anyone know what happened to Amber she worked at Gossip and cityscapes. Used to be good friends with her

• 11/30/2014
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass

**Mike** • 3/16/2014
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Gossip is re-opened for quite a while now and going strong

**The word** • 3/4/2014
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
This club closed down several months ago and will not reopen.

**FIRRO** • 1/19/2014
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Why is this club closed? When will it reopen?

**Johnny Boy** • 12/10/2013
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
This club is closed for around a month





**D** • 11/1/2013
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
club is closed, girls have gone to other clubs. disappointed because it was the only place you can smoke indoors. Why they closed? i do not know.

**Drive by** • 10/24/2013
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Club possibly closed. Will know for sure in next few days

**Guye** • 9/21/2012
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Went there couple nights ago. Nice club great for smoking and drinking w/o leaving your seat. Met a great dancer, I think Maryana. Pretty Spanish mix girl. Nice ass. Great dancer very flexible. Will come back.

**Josh** • 9/20/2012
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
was there once. Good but just one thing need to add there. Non smoking area would be nice! If there is, Ill come back there. :D

**BigShot** • 10/26/2011
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Met Victoria Sat night ..... wow she is beautiful



Flashdancers presents...
NEW YORK Dolls
Newly Remodeled!
59 Murray Street NY, NY. 10007
VIP PASS!
Print this coupon for FREE admission!
FREE ADMISSION
PART OF STRIPCLUBLOUNGE.COM



The Cadillac LOUNGE
New England's Most Exciting Gentleman's Club
www.thecadillaclounge.com

**jagger** • 11/3/2008
What ever happen to Madison (short blonde girl)?

**joey_massapequa** • 11/0/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
To: American Man, the girls are American and speak English @ Billy Deans Showtime Cafe in Bellmore. Nice change for me, I know exactly what you are talking about.

**GoodLookinGuido** • 11/1/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Dis place & da chicks were poppin off! MI likey!

**disappointed** • 10/19/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
I frequent gossip whenever I am in town on business at least once or twice a month. What happened? The quality of girls seems to be going down nill. And I never had to wait so long to get a drink before. I hope this doesn't turn into another cafe royal.

**Mr VIP** • 10/9/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Best sampling of hot chicks on LI. U can have a while, black, Columbian, Asian, Indian, u name they got it. There r Russian girls but they are laid back, they all speak English and they're HOT!!!!



URSULA MAYES

**american_man** • 10/1/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
If u like to give your $$ to those who don't speak english, than this is the club for you. R any clubs on Long Island featuring girls that speak English? PLEASE LET ME KNOW. I hit Cafe Royal and this place and everyone was Russian...very disappointed

**Mile High Club** • 9/30/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Had a great time last night even though it was a bit slow. Got a few EXCELLENT dances from one of the new girls, Shana. Saw her face sitting across the bar as soon as I came in. LOVE her!!!! I think I'm a "regular" now. lol!

**cc** • 9/30/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
shay now works at gossip she use to work at billy deans she left because everyone hated her there is something wrong with her ... girls at billys r so hot ... shay belongs in a dumpster than a strip club guys get so scared of her when they touch her or see her

**gus** • 9/28/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
to many foreigners. What happened to the American girls?

**SteveElells89** • 9/22/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Wont last week (not weekend) on Wed and it was dead but, they allow audience participation and a hot Indian chick got on stage and REALLY did her thing(but I have a feeling it might have been her day off- lol!)Host told me she does not currently work there. 2 bad because I'd go back 2 c her fine a$$!

**dancers** • 7/16/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
i dont like anyone besides jenavive, shes smoking.

**7** • 6/2/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
where does bridget work?

**Anthony** • 1/16/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Gossip has one hott thing Alexia



**Devoted fan** • 2/14/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Come one, come all to Gaslite on Friday, February 15 for another CANDACE AND ERICA'S RAFFLE NIGHT. Beautiful women and great prizes. What more can anybody ask for? If you miss it, you ll regret it!!!!

**Choculat Lover** • 1/30/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
does anyone know if Tamara is working here....... she used to work at the Carousal a year back. I have not seen her since

**New Customer** • 1/5/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
This place is real nice, but the girls arent all that great looking. I was treated very well here though

















URSULA MAYESU











Do you already have a control panel account? Log in to your control panel to post your upcoming events and increase your walk-in business now! Click here to Access Your Control Panel

If you do not yet have an account with us, click below for a demonstration of the control panel package: Click here to Launch Demonstration Don't miss out on the industry standard club management tool that helps increase your revenues and streamline your

# EXHIBIT H

JESSA
HINDUR
INST

 Search Twitter     Q     Have an account? Log in

**FlashDancers NYC**
@FlashDancersNYC

Follow

# #FlashDancers is the most #attractive #stripclub #Manhattan.Get in the blue and you'll know what's the #best in #NYC



3.29 PM - 19 Apr 2015

© 2015 Twitter   About   Help   Ads info

JESSIA HINTON
1LIFF PAGE BANNA







JESSA
HILTON

Timeline Photos

7/7/2016



Flash Dancers New York
April 15 · Edited

#Flashdancers is the most fabulous hotspot in #Manhattan. Get in the blue and you'll know what's the about and u can offer you.

Like   Comment   Share



WELCOME TO THE NEW

NEW YORK'S PREMIER GENTLEMEN'S CLUB

FLASHDANCERS



**Private Eyes Club**
@privateeyesnyc

Follow

#Welcome to #PrivateEyesClub, #whatever type of #girls you're looking for, we've got it for you!  JESSA HINTON



8:08 PM - 29 Apr 2015

© 2015 Twitter   About   Help   Terms   Privacy   Cookies   Ads info

://www.facebook.com/PrivateEyesNYC/photos/pb.108186108877959.-2207520000.1413575402./061519154878979/?type=3&theater

9/29/2015



(2) Private Eyes Gentlemen's Club

Like   Comment   Share

EXHIBIT I









