# EXHIBIT J

BROOK TAYLOR



# EXHIBIT K



# Private Eyes Halloween Party Friday October 25th



# EXHIBIT L





*JESSE GOLDEN*

## Private Eyes Halloween Party Friday October 24th!





...Being ____ and ____ is being a ____ fan. Share with us your ____ at ____ , Apr 22

...Don't forget to follow ____ on Google Plus as well! ____ , Apr 20

...is the most ____ Get in the blue and you'll know what's the ____ in ____ . Apr 20

...stands out from the mediocre ____ . Why? We care more about our ____ #nightclub Apr 18

...Our girls are here for you! ____ . Apr 16

# EXHIBIT M









Search

privateeyesnyc

LINA
POSADA

FOLLOW



richardbonilla, bellerdavid53, circlesaraforever and ifteesswithlfex like this

privateeyesnyc Private eyes, just for you.

https://instagram.com/p/rnNoAciu--k/

1/2

#apdance #dance #dancer #poledance #strip #stripper #lingerie #blonde #blondes #lingerie #apdance #dance #dancer #poledanc...
#privatey... New York, New York

Add a comment...

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   LANGUAGE
© 2015 INSTAGRAM

https://instagram.com/p/mNcActu--k/

# EXHIBIT N

SHEENA
LEE




Private Eyes Gentlemen's Club
April 8, 2014

Lingerie that looks so good it's almost a shame she
has to take it off. (Almost).





Search



privateeyesnyc

SHEENA·CEE
WEBER

FOLLOW



fitnesswithalex, ballerdavid63, ironboyc, circlesareforever and nanacherokeegoddess like this        77w

privateeyesnyc Lingerie that looks so good it's almost a shame she has to take it off. (Almost).

https://instagram.com/p/miRk1du-4w/

1/2

#nyc #ny #newyork #newyorkcity #lingerie #girls #ladies #women #strip #stripper #stripper #blondes #blonde #blo...

Add a comment...

ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS
PRIVACY    TERMS    LANGUAGE
© 2015 INSTAGRAM