# EXHIBIT A



About Us    Employment    Locations    Parties    Door Pass    Comments    The Club

   



TIFFANY TOTH

# New York Dolls Halloween Party Friday October 24th!



Join us for our annual Halloween Party on Friday October 24th. Over 100 entertainers in their sexiest costumes! Giveaways and lots of other surprises!

## Latest NY Dolls Tweets

Whenever you want to #chill out, come in at #NewYorkDollsClub, our #girls are #guaranteed to #cool you off. http://t.co/aGd4hkoOej, Apr 22

Whenever you want to #chill out, come in at #NewYorkDollsClub, our #girls are #guaranteed to #cool you off. http://t.co/tt7xdt9TYp, Apr 22

Another #hard #week in front of you! Come and get #ready for it! Our #hot #dolls born to bring out the #best in you. http://t.co/S2CNOwyU1C, Apr 20

Another #hard #week in front of you! Come and get #ready for it! Our #hot #dolls were born to bring out the #best... http://t.co/HbMVVoEHl, Apr 20

If #Santa would've given up his #reindeer for our #dolls! Simply because our #girls are smoking #hot! #hotgirlsnyc http://t.co/CaVH3nnET, Apr 18

Powered by: Web Design Company

## NY Dolls Facebook Feed





TIFFANY DOLL





**New York Dolls Club**
April 15, 2014 ·

Who needs to leave anything to the imagination when the reality is even better?

Like · Comment · Share

18 people like this.

1 share

Like · Comment · Share

18 people like this.

1 share

LIKED BY THIS PAGE

  Private Eyes Gentlemen's Cl...   Like

Mr. Robata: Robata Grill & S...   Like

  **New York Dolls Club**
April 14, 2014 ·

Best way to beat Mondays? Heat things up at New York Dolls

English (US) · Privacy · Terms · Cookies · More



About Us    Employment    Locations    Parties    Door Pass    Comments    The Club

   

TIFF TOTH



## This is New York Dolls



Mar 11

0 Comments

0 Comments    March 11, 2015    New York Dolls

### Black And White Party - April 22 – 25th

Black and White Party At NY Dolls 3 day party event extravaganza April 22 – 25th An exclusive Black and White party experience reserved for NYC's elite party goers....

Read More



Dec 03

0 Comments

0 Comments    December 3, 2014    New York Dolls

### New York Dolls Holiday Party – Friday December 19th!

Come to New York Dolls holiday party. 150 entertainers Special Performances Giveaways Complimentary Gourmet Buffets Witch Chef Carving Stations. Friday December 19th!...

Read More



Oct 07

0 Comments

0 Comments    October 7, 2014    New York Dolls

### New York Dolls Halloween Party Friday October 24th!

Join us for our annual Halloween Party on Friday October 24th. Over 100 entertainers in their sexiest costumes! Giveaways and lots of other surprises!...

### Latest NY Dolls Tweets

Are you ready for a #wild #nightout at #NewYorkDollsClub? Introducing #Black and #White #Week #Party! http://t.co/HVvDMWPju7, Apr 10

Are you ready for a #wild #nightout at #NewYorkDollsClub? Introducing #Black and #White #Week #Party, you don't... http://t.co/hQKPITabbN, Apr 10

Be the #master of your own #life, be #happy, be #spontaneous, more #importantly, be at #NYDollsClub http://t.co/2OAMOFSsr, Apr 08

Be the #master of your own #life, be #happy, be #spontaneous, more #importantly, be at #NYDollsClub http://t.co/gNhAbz2F9H, Apr 08

Happy Easter! Keep being #happy my friends! #Easter #NewYorkCity #GentlemensClub #NewYorkDolls #Nightout http://t.co/1VoODG7zgM, Apr 06

Powered by: Web Design Company

NY Dolls Facebook Feed

Read More



Jan 13

0
Comments

0 Comments    January 13, 2014    New York Dolls

## NEW YORK DOLLS 2014 SUPER BOWL WEEK!

Come party with us all Super Bowl week... Over 100 entertainers daily. Get ready for the big game with our gorgeous entertainers in their favorite football jerseys... We look...

Read More

0 Comments    January 2, 2014    New York Dolls

## HAPPY NEW YEAR!

NY DOLLS wishes you a Happy New Year 2014!...

Read More



Jan 02

0
Comments

1    2    3


New York Dolls Club
Like  2,632

 
New York Dolls Club

Are you ready for a #wild #nightout at #NewYorkDollsClub? Introducing #Black and #White #Week #Party. you don't want to miss it!

2 days ago

0    0    0              View on Facebook

 
New York Dolls Club

Be the #master of your own #life. be #happy. be #spontaneous. more #importantly. be at #NYDollsClub

4 days ago

0    0    0              View on Facebook

 
New York Dolls Club

Happy Easter! Keep being #happy my friends!
#Easter #NewYorkCity #GentlemensClub #NewYorkDolls #Nightout

8 days ago

6    1    1              View on Facebook

 
New York Dolls Club

Tired of your #masked face in the

---

### Recent Posts

Black And White Party - April 22 - 25th

New York Dolls Holiday Party - Friday December 19th!

New York Dolls Halloween Party Friday October 24th!

### Latest News


Black And White Party - April 22 - 25th
March 11, 2015

### Videos

### Contact

New York Dolls
59 Murray Street
New York, NY 10007
Phone: 1.212.791.5261

Mon-Fri: 12pm-4am





9/29/2015    New York Dolls on Instagram: "Who needs to leave anything to imagination when the reality is even better? #blonde #blondie #curls #swimsuit #bikini #model #...

Case 1:15-cv-08028-NRB    Document 18-1    Filed 01/31/16    Page 7 of 22

Search





FOLLOW



**15 likes**

76w

**nydollsclub** Who needs to leave anything to imagination when the reality is even better? #blonde

#blondes #s... Case 1:15-cv-08028-NRB    Document 18-1    Filed 01/31/16    Page 8 of 22 #modeling #beauty #beautiful #cute #pretty #ladies #women #girls #hair #heels #stripclubs #ny #nyc #newyork #newyorkcity

**traceykelleyleonsoon** Hello I just want to know if you are still looking for more dancers for the day time and if I come what I need to bring with me when I come to the club..

Add a comment...

ABOUT US    SUPPORT    BLOG    PRESS    API    JOBS
PRIVACY    TERMS    LANGUAGE

© 2015 INSTAGRAM

# EXHIBIT B

7/8/2015

Case 1:15-cv-08028-NRB | Document 18-1 | Filed 01/31/16 | Page 10 of 22
Employment Opportunities | New York Dolls Wall Street Area Manhattan NYC Strip Club



   

About Us    Employment    Locations    Parties    Door Pass    Comments    The Club

GEMMA LEE

# Employment Opportunities



Would you like to work in New York City's most popular, established gentleman's club? Do you have
great hospitality skills and enjoy people?
New York Dolls is always interested in meeting and hiring new people. Various Positions are available
including entertainers, waitstaff, managerial, security, DJ's, bar backs, porters and more!

Latest NY Dolls Tweets

Powered by: Web Design Company

NY Dolls Facebook Feed

# EXHIBIT C

7/7/2015     FlashDancers Employment | FlashDancers NYC: The #1 Gentlemen's Club in NYC, Manhattan's Most Popular Strip Club

Case 1:15-cv-08028-NRB   Document 18-1   Filed 01/31/16   Page 12 of 22



About     Employment     Locations     Parties     Comments     Press     Club     Restaurant




GEMMA LEE

# FlashDancers Employment



Would you like to work in New York City's most popular, established gentleman's club? Do you have great hospitality skills and enjoy people?

**To apply as an Entertainer or a Cocktail Server please see below :**

If you are interested in working during our day shift (12pm-8pm) please apply in person only and speak with our manager during these hours.

If you are interested in working our night shift (8pm-4am) please apply in person only and speak with our manager during these hours.

For further information please contact us directly

**FlashDancers New York City**
**1674 Broadway (Bet. 52nd and 53rd St.)**
**New York, NY 10019**
**212-315-5107**

## Club Specials

### Monday

### Tuesday
Complimentary admission before 5pm
Reduced admission 5pm-8pm
Happy Hour 2 for 1 Drink 12pm-3pm

**Daytime Bottle Service Special**
1/2 bottles in our preferred seating area backstage

### Wednesday

### Thursday

### Friday

### Saturday

### Sunday

### Latest Flashdancers Tweets

Create time for play this work week. #balance http://t.co/bgW1k7fWVI #drinks #stripclubs #privatedancers http://t.co/o9d4nqboPP, **Jun 01**

Are you ready for a #spicy #weekend? Visit Manhattan's #1 Gentleman's club http://t.co/1jyDCkRJWa #beststripclub http://t.co/dTFq29ydo5, **May 29**

Happy #Memorialday ! #FlashDancers would thank you, our dear #customers , for your long-time support! http://t.co/V/6PTclbKc, **May 26**

### Flashdancers Facebook Feed

# EXHIBIT D

HEATHER
RAE
YOUNG



 **New York Dolls Club**
January 23, 2014 ·

At New York Dolls Club.

Like · Comment · Share



Sponsored                                        Create Ad



**Class Action Settlement**
foxtcpasettlement.com
If Asset Acceptance called your cell phone, you could
get cash or debt forgiveness



Case 1:15-cv-08028-NRB    Document 18-1    Filed 01/31/16    Page 15 of 22



About Us    Employment    Locations    Parties    Door Pass

   

Comments    The Club

*HEATHER RAE YOUNG*

# NEW YORK DOLLS 2014 SUPER BOWL WEEK!



COME PARTY WITH US ALL SUPER BOWL WEEK… OVER 100 ENTERTAINERS DAILY… GET READY FOR THE BIG GAME WITH OUR GORGEOUS ENTERTAINERS IN THEIR FAVORITE FOOTBALL JERSEYS… WE LOOK FORWARD TO PARTYING WITH YOU!

Come party with us all Super Bowl week… Over 100 entertainers daily.. Get ready for the big game with our gorgeous entertainers in their favorite football jerseys… We look forward to partying with you!

Latest NY Dolls Tweets

Powered by: Web Design Company

NY Dolls Facebook Feed

# EXHIBIT E

# NEW YORK Dolls
## GENTLEMEN'S CLUB

About Us    Employment    Locations    Parties    Door Pass    Comments    The Club



RACHEL B.
KOREN    SABECA SHAKK

# Black And White Party - April 22 - 25th



Black and White Party
At
NY Dolls
3 day party event extravaganza
April 22 – 25th

An exclusive Black and White party experience reserved for NYC's elite party goers, athletes, celebrities, and business moguls.

Experience our Black and White VIP party and see what it's like to party like a rock star.

### Latest NY Dolls Tweets

Powered by: Web Design Company

### NY Dolls Facebook Feed

# EXHIBIT F



About Us   Employment   Locations   Parties   Door Pass

   

Comments   The Club

RACHEL B. KOREN   SABRINA SHAKA

# Black And White Party – April 22 – 25th



Black and White Party
At
NY Dolls
3 day party event extravaganza
April 22 – 25th

An exclusive Black and White party experience reserved for NYC's elite party goers, athletes, celebrities, and business moguls.

Experience our Black and White VIP party and see what it's like to party like a rock star.

**Latest NY Dolls Tweets**

Powered by: Web Design Company

**NY Dolls Facebook Feed**

# EXHIBIT G



Welcome to Strip Club List - The World's Biggest and Most Popular Online Resource for Strip Clubs!     Club Owner Login:




Login

URSULA HAYES



Strip Club List    StripClubJobs    StripClubNews    StripClubEvents    StripClubVideo    StripClubCoupons    Strip Clubs for Sale    Strip Club Resources

Gossip - **Melville, New York**

Home > North America > New York, Melville > Gossip



STRIP CLUB PROPERTIES
WWW.STRIPCLUBPROPERTIES.COM
WE BUY & SELL STRIP CLUBS!

Free Pass

 Party info    Guestbook    Employment   Contact Club    Dancer Schedules    Club Events

Club Owners Click here to Log In to Your Account

**Drew From Cityscapes** • 7/8/2015
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Hey anyone know what happened to Amber she worked at Gossip and cityscapes. Used to be good friends with her

• 11/30/2014
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass

**Mike** • 3/16/2014
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Gossip is re-opened for quite a while now and going strong

**The word** • 3/4/2014
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
This club closed down several months ago and will not reopen.

**FIRRO** • 1/19/2014
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Why is this club closed? When will it reopen?

**Johnny Boy** • 12/10/2013
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
This club is closed for around a month



FREE ADMISSION! LARRY FLYNT'S HUSTLER CLUB
NYC PREMIER ADULT ENTERTAINMENT
http://www.hustlemy.com

**D** • 11/4/2013
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
club is closed, girls have gone to other clubs. disappointed because it was the only place you can smoke indoors. Why they closed? i do not know.

**Drive by** • 10/24/2013
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Club possibly closed. Will know for sure in next few days

**Guye** • 5/21/2012
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Went there couple nights ago. Nice club great for smoking and drinking w/o leaving your seat. Met a great dancer, I think Maryana. Pretty Spanish mix girl. Nice ass. Great dancer very flexible. Will come back.

**Josh** • 3/25/2012
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
was there once, Good but just one thing need to add there. Non smoking area would be nice! If there is, I'll come back there :D

**BigShot** • 10/25/2011
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Met Victoria Sat night ....... wow she is beautiful

Video Sponsored by StripClubNetwork
Click here for more information!

SCN Teaser
Sexy brunette Rebecca stripping on a pool table
3m 30s

SCN Teaser
Hot blonde in pink lingerie stripping and teasing
2m 37s

SCN Teaser
Courtney Cummz teases you in her black mesh outfit
2m 40s

SCN Teaser
Sasha looking hot in a leather skirt and bra
2m 41s

SCN Teaser
Sexy blonde with big tits in lacy white lingerie
3m 23s

SCN Teaser

ADVERTISEMENT











**jagger** • 11/8/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
What ever happen to Madison (short blonde girl)?

**joey_massapequa** • 11/6/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
To: American Man, the girls are American and speak English @ Billy Deans Showtime Cafe in Bellmore. Nice change for me, I know exactly what you are talking about.



**GoodLookinGuido** • 11/1/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Dis place & da chicks were poppin off! Mi likey!

**disappointed** • 10/19/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
I frequent gossip whenever I am in town on business at least once or twice a month. What happened? The quality of girls seems to be going down hill. And I never had to wait so long to get a drink before. I hope this doesn't turn into another cafe royal.



**Mr VIP** • 10/9/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Best sampling of hot chicks on LI. U can have a white, black, Columbian, Asian, Indian...u name they got it. There r Russian girls but they are laid back, they all speak English and they're HOT!!!!!





URSULA MAYES

http://www.hustlemy.com





**american_man** • 10/12/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
if u like to give your $$ to those who don't speak english, than this is the club for you. R any clubs on Long Island featuring girls that speak English? PLEASE LET ME KNOW. I hit Cafe Royal and this place and everyone was Russian...very disappointed



**Mile High Club** • 9/30/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Had a great time last night even though it was a bit slow. Got a few EXCELLENT dances from one of the new girls, Shana. Saw her face sitting across the bar as soon as I came in. LOVE her!!!! I think I'm a "regular" now, lol!

**cc** • 9/30/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
shay now works at gossip she use to work at billy deans she left because everyone hated her there is something wrong with her ... girls at billys r so hot ... shay belongs in a dumpster than a strip club guys get so scared of her when they touch her or see her



**gus** • 9/28/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
to many foreigners. What happened to the American girls?

**SteveElslip89** • 9/22/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Went last week (not weekend) on Wed and it was dead but, they allow audience participation and a hot Indian chick got on stage and REALLY did her thing(but I have a feeling it might have been her day off- lol!)Host told me she does not currently work there. 2 bad because I'd go back 2 c her fine a$$!



**dancers** • 7/16/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
i dont like anyone besides jenaveve, shes smoking.

**?** • 6/2/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
where does bridget work?

**Anthony** • 3/10/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Gossip has one hott thing Alexia



LARRY FLYNT'S
NYC PREMIER ADULT ENTERTAINMENT
http://www.hustlemy.com

**Devoted fan** • 2/14/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
Come one, come all to Gaslite on Friday, February 15 for another "CANDACE AND ERICA'S RAFFLE NIGHT". Beautiful women and great prizes. What more can anybody ask for? If you miss it, you'll regret it!!!!!

**Choculut Lover** • 1/19/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
does anyone know if Tamara is working here.........she used to work at the Carousal a year back, I have not seen her since

**New Customer** • 1/5/2008
Post a Reply • Delete Comment • Read Reviews • Strip Club Video • Strip Club Jobs • Free Pass
This place is real nice, but the girls arent all that great looking. I was treated very well here though