Joseph N. Casas, JD, MBA
CEO & Managing Attorney
*Licensed in Ill. and CA.*

Dennis C. Postiglione, JD
Partner, *Licensed in TX.*

John V. Golaszewski, JD
Partner, *Licensed in N.Y.*

Sara Cabarcas, JD
Partner, *Licensed in FLA.*

Ludmila Khomiak, JD
Senior Associate, *Licensed FLA.*

Timothy Dennison JD, MBA
Of Counsel, *Licensed in CA.*
*UK Solicitor*

**John V. Golaszewski**, JD
*Partner* ±

± Admitted to practice
in New York

1745 Broadway
17th Floor
New York, N.Y. 10019

Main: 855.267.4457
Fax: 855.220.9626

www.casaslawfirm.com



*Global Reach. Local Solutions.*

March 29, 2016

**Via ECF**
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   <u>Toth, et al. v. 59 Murray Enterprises, Inc., et al.</u>, Case No. 15-cv-8028

Dear Judge Buchwald:

    We represent Plaintiffs in this action, and write jointly with Defendants' counsel in order to provide the Court with a report on the status of discovery.

    On or about January 29, 2016 Plaintiffs filed their Second Amended Complaint, adding an additional plaintiff to this action, and Defendants thereafter filed their answer to the Second Amended Complaint. As of the date of this letter, the parties have exchanged discovery requests, and have agreed to exchange responses to same this Friday, April 1, 2016. As of today, there are no outstanding discovery issues between the parties.

                      Respectfully,

                      **THE CASAS LAW FIRM, P.C.**

                      By:/s/ John V. Golaszewski
                         John V. Golaszewski

Cc:   Peter T. Shapiro, Esq. (via ECF)