```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIFFANY TOTH, GEMMA LEE, JESSA HINTON,
BROOKE TAYLOR, JESSE GOLDEN, LINA POSADA,
SHEENA LEE WEBER, HEATHER RAE YOUNG,          15-cv-08028-NRB
RACHEL KOREN, SABELLA SHAKE, URSULA
MAYES and CARMEN ELECTRA,

                Plaintiffs,          **CLERK'S CERTIFICATE OF DEFAULT**

    -against-

59 MURRAY ENTERPRISES, INC. d/b/a NEW YORK
DOLLS GENTLEMEN'S CLUB, BARRY LIPSITZ,
AAM HOLDING CORPORATION d/b/a PRIVATE
EYES GENTLEMEN's CLUB, ANITA MICELI, JAY-
JAY CABARET, INC. d/b/a FLASHDANCERS
GENTLEMEN'S CLUB and MARSHA LIPSITZ,

                Defendants.
-----------------------------------------------------------------X
59 MURRAY ENTERPRISES, INC., BARRY LIPSITZ,
AAM HOLDING CORPORATION, ANITA MICELI,
JAY-JAY CABARET, INC., and MARSHA LIPSITZ,

                Third-Party Plaintiffs,

    -against-

INTERNET MANAGEMENT CORP. and MELANGE
MEDIA GROUP LLC,

                Third-Party Defendants.
-----------------------------------------------------------------X

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 13, 2015 with the filing of a Summons and Complaint. I further certify that the third-party action was commenced on July 15, 2016 with the filing of a Third-Party Summons and Complaint, a copy of the Third-Party Summons and Complaint was served on Third-Party Defendants Internet Management Corp. by personal

service and proof of service was therefore filed on August 25, 2016 (D31). I further certify that a copy of the Third-Party Summons and Complaint was served on Third-Party Defendant Melange Media Group LLC by personal service and proof of service was therefore filed on August 23, 2016 (D30). I further certify that the docket entries indicate that Third-Party Defendants have not filed answers or otherwise moved with respect to the Third-Party Complaint herein. The default of Third-Party Defendants is/are hereby noted.

Dated: October 17, 2016
New York, New York

RUBY J. KRAJICK
Clerk of Court

_____
By: Deputy Clerk