**EXHIBIT 2**

**Page 1**

```
1
2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   -----------------------------------------X
    TIFFANY TOTH, GEMMA LEE, JESSA HINTON,
4   BROOKE TAYLOR, JESSE GOLDEN, LINA POSADA,
    SHEENA LEE WEBER, HEATHER RAE YOUNG,
5   RACHAEL KOREN, SABELLA SHAKE,
    URSULA MAYES and CARMEN ELECTRA
6
                              Plaintiffs,
7
         -against-
8
    59 MURRAY ENTERPRISES, INC., d/b/a
9   NEW YORK DOLLS GENTLEMEN'S CLUB,
    BARRY LIPSITZ, AAM HOLDING CORPORATION,
10  d/b/a, PRIVATE EYES GENTLEMEN'S CLUB, INC.,
    d/b/a FLASHDANCERS GENTLEMEN'S CLUB, and
11  MARSHA LIPSITZ,
12                            Defendants.
    Index No.: 15-cv-8028
13  -----------------------------------------X
14
15                      DATE: April 13, 2017
16                      TIME: 12:06 p.m.
17
18          EXAMINATION BEFORE TRIAL of the Plaintiff,
19  TIFFANY TOTH, taken by the Defendant, pursuant to a
20  Notice, held at the offices of LEWIS, BRISBOIS,
21  BISGAARD & SMITH, LLP, 77 Water Street, 21st Floor,
22  New York, New York 10005, before Avery N. Armstrong,
23  a Notary Public of the State of New York.
24
25
```

**Page 2**

```
1
2   A P P E A R A N C E S:
3
    THE CASAS LAW FIRM, P.C.
4           Attorneys for the Plaintiffs
            TIFFANY TOTH, etc.
5           1745 Broadway, 17th Floor
            New York, New York 10019
6
    BY: JOHN V. GOLASZEWSKI, ESQ.
7
8   LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
            Attorneys for the Defendants
9           NEW YORK DOLLS GENTLEMEN'S CLUB, etc.
            77 Water Street, 21st Floor
10          New York, New York 10005
11  BY: JEFFREY SPIEGEL, ESQ.
        REBECCA GOLDSTEIN, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25          *           *           *
```

**Page 3**

```
1
2
3       F E D E R A L   S T I P U L A T I O N S
4
5       IT IS HEREBY STIPULATED AND AGREED by and
6   between the counsel for the respective parties
7   herein that the sealing, filing and certification of
8   the within deposition be waived; that the original
9   of the deposition may be signed and sworn to by the
10  witness before anyone authorized to administer an
11  oath, with the same effect as if signed before a
12  Judge of the Court; that an unsigned copy of the
13  deposition may be used with the same force and
14  effect as if signed by the witness, 30 days after
15  service of the original & 1 copy of same upon
16  counsel for the witness.
17
18      IT IS FURTHER STIPULATED AND AGREED that
19  all objections except as to form, are reserved to
20  the time of trial.
21
22          *   *   *   *
23
24
25
```

**Page 4**

```
1               T. TOTH
2   TIFFANY TOTH,        called as a witness,
3       having been first duly sworn by a Notary
4       Public of the State of New York, was
5       examined and testified as follows:
6       MR. GOLASZEWSKI:  Just so I don't have to
7       interrupt, counsel, during the course of this
8       deposition, a confidentiality order is in place
9       in this matter.
10      We are going to designate as confidential,
11      all testimony of Ms. Toth related to her
12      finances, the compensation received under
13      modeling contracts, her 1099s, her tax returns,
14      and any other financial information.
15      That will be a blanket designation for
16      this deposition as it pertains to that
17      testimony, and this way, I don't have to
18      interrupt counsel during his deposition.
19      Thank you.
20  EXAMINATION BY
21  MR. SPIEGEL:
22  Q   Ms. Toth, My name is Jeff Spiegel. I
23  represent the defendants in this lawsuit.
24      My understanding is that you've given
25  testimony before, correct
```



Page 5

T. TOTH

2 A Yes.

3 Q So you understand the rules and how a
4 deposition works, correct?

5 A Yes.

6 Q Have you ever testified -- you testified
7 at deposition before.

8 Have you ever testified at trial?

9 A No.

10 Q Okay. So I'm not going to go over the
11 background of what needs to happen. I just want to
12 say on the record that try let me finish my
13 sentences, this way the court reporter takes
14 everything down, and I'll do the same for you, okay?

15 A Okay.

16 Q And we'll try not to interrupt each other.

17 Could you state your full name for the
18 record, please.

19 A Tiffany Nicole Gray.

20 Q And what other names do you go by?

21 A Tiffany Toth.

22 Q So Tiffany Toth, is that your modeling
23 name?

24 A Maiden name.

25 Q Do you model under the name Tiffany Toth?

Page 6

T. TOTH

2 A Yes.

3 Q Do you model of the name Tiffany Gray?

4 A No.

5 Q So the defendants in this lawsuit -- and
6 I'll just state them for the record, the doing
7 business name as, not even the corporate names --
8 I'll state is New York Dolls Gentlemen's Club,
9 Private Eyes Gentlemen's Club, and Flashdancers
10 Gentlemen's Club.

11 Prior to this lawsuit, were you familiar
12 with any of these clubs?

13 A I might have been.

14 Q Have you ever attended or visited any of
15 these clubs?

16 A No.

17 Q The individuals that were named in this
18 lawsuit are Barry Lipsitz, Anita Masselli, and
19 Martha Lipsitz.

20 Are you familiar with these three
21 defendants?

22 A I don't know them, but I'm familiar with
23 the name because of the case.

24 Q You've never met them before?

25 A No.

Page 7

T. TOTH

2 Q So the three clubs we just listed, for
3 clarification purposes, we can just name them as the
4 Clubs with capital C for the record.

5 With any of theses Clubs, have you ever
6 seen advertisements for them, for any of the Clubs?
7 Sorry, let me rephrase that.

8 Prior to this lawsuit, have you ever seen
9 advertisements for any of the Clubs?

10 A Not that I'm aware of.

11 Q I'm going to show you what we're going to
12 mark as Exhibit TTA, TT for Tiffany Toth, which is
13 going to be the second amended complaint that was
14 filed in this case.

15 Exhibit A of TTA are photos that you
16 contend are of you, and I'm going to show you this a
17 second.

18 (Whereupon, second amended
19 complaint was marked as Exhibit
20 TT1 for Identification.)

21 Q So what I put in front of you, we've
22 marked as TT1.

23 If you turn to the front page, do you
24 recognize this document?

25 A Yes.

Page 8

T. TOTH

2 Q Is this the complaint that was filed in
3 this lawsuit?

4 A Yes.

5 Q So turning to Exhibit A of the lawsuit, if
6 you would, please go through the pictures attached
7 to Exhibit A. It should be five pictures there.

8 A On this page as well?

9 MR. GOLASZEWSKI: It's just a continuation
10 of that page.

11 THE WITNESS: Got it. Okay.

12 Q Are all these photos -- and all these
13 images, are these photographs of you?

14 A Yes. Except these other ones.

15 MR. GOLASZEWSKI: For the record, the
16 witness is indicating the third page of Exhibit
17 A, there are a number of pictures, only one of
18 which is of her; is that right?

19 THE WITNESS: Yes.

20 Q Okay. If we can go to the first image of
21 Exhibit A. This one is an advertisement, it looks
22 like for New York Dolls Halloween party, correct?

23 A Correct.

24 Q And that's you featured in this image,
25 correct?



Page 9

T. TOTH

2    A   Yes.
3    Q   How did you first learn of this
4    advertisement?
5    A   I don't remember.  It was quite awhile
6    ago.
7    Q   Okay.  Do you recall when you took this
8    photo?
9    A   When I took it?
10       MR. GOLASZEWSKI:  Objection.
11       You can answer.
12   A   Could have been between -- I don't
13   remember exact dates.  Let's say it was between
14   2000 -- maybe 2012 to '15.  Somewhere around there.
15   I can't say for sure though.
16   Q   Do you recall what company this photo was
17   taken for?
18   A   Yes.
19   Q   Who?
20   A   Mystery House.
21   Q   Do you recall who the photographer was?
22   A   Yes.
23   Q   Who was the photographer?
24   A   His name was Jean Paul.
25   Q   I'm sorry, Jean Paul?

Page 10

T. TOTH

2    A   Yeah.  Yes.
3    Q   Do you know how much you were paid for
4    this photo?
5    A   I don't remember.  It was quite awhile
6    ago.
7    Q   And what is Mystery House?
8    A   It's a costume company.
9    Q   Okay.  Could you turn to the second image.
10       Do you recall the first time you learned
11   that this photograph was being used for
12   advertisement for the New York Dolls Club?
13   A   I don't remember.
14   Q   Do you recall when you took this photo?
15       MR. GOLASZEWSKI:  Objection.
16   A   I don't remember exactly.  But I would say
17   from my hair color, it was some time before 2011.
18   Q   Do you recall what company you took this
19   photo for?
20   A   Yes.
21   Q   What company was that?
22   A   Roma.
23   Q   And what is Roma?
24   A   It's a dancewear costume company.
25   Q   I saw in your documents that your lawyer

Page 11

T. TOTH

2    produced, you've done work for them for quite a
3    period of time, correct?
4    A   For --
5    Q   For a number of years for Roma?
6    A   Oh, yes.
7    Q   So when did you first start working with
8    Roma?
9    A   It's been a while.  I don't remember what
10   year it was.
11   Q   Do you recall who the photographer was?
12   A   Yes.
13   Q   Who was that?
14   A   It was a girl named Mitsy.
15   Q   Mitsy.  Do you know Mitsy's last name?
16   A   Val -- I don't know how to pronounce.
17   Like Val --
18   Q   Valencia?
19   A   I can't -- yeah, I don't know.
20   Q   Do you recall how much you were paid for
21   this photo?
22   A   No, I don't.
23   Q   Do you have a contract with Roma,
24   currently?
25   A   No.

Page 12

T. TOTH

2    Q   When was the last time you did work for
3    Roma?
4    A   Within the year.
5    Q   So when you say "within the year," you
6    mean within 2017?
7    A   It could have been 2016, maybe the end of
8    2015.  I can't be sure.
9    Q   Did you have a contract with Roma?
10   A   No.
11   Q   So what kind of agreement did you have
12   with them?
13   A   A model release.
14   Q   And what exactly is a model release?
15   A   Basically stating that you are being paid
16   to work for that specific company for their purpose
17   of selling their clothing.
18   Q   And as of 2015 or '16, the last time you
19   worked with Roma, how much were you paid for a photo
20   shoot with them?
21   A   I don't remember exactly.
22   Q   If you would, turn to the next page.  The
23   very bottom image of Page 3 of Exhibit A appears to
24   be the same image that we saw on Page 1; is that
25   correct?



Page 13

1          T. TOTH
2     A   Yes.
3     Q   And any of the images on this page, are
4  any of them yours?
5     A   No.
6     Q   Turn to the next page which is Page 4.
7     Are any of those images yours?
8     A   No.
9     Q   Turn to the next page.
10    This image looks to be the same as Page 2
11  of what we just looked at; is that correct?
12    A   Yes.
13    Q   And the following page.
14    This is the same image of what we just
15  saw; is that correct?
16    A   Yes.
17    Q   So there were two images that were used by
18  these Clubs without your permission; is that
19  correct?
20    A   Yes.
21    Q   Do you know whether or not the Clubs are
22  still using your images for advertising purposes?
23    A   I haven't checked recently.
24    Q   When was the last time you checked?
25    A   Gosh, I don't remember. I don't remember.

Page 14

1          T. TOTH
2     Q   Have you checked and not seen your images
3  on the Club's advertisements?
4     A   I don't think so.
5     Q   You said before this, you met with your
6  attorney to discuss this deposition, correct?
7     A   Yes.
8     Q   And who else was present during those
9  discussions?
10    A   Another model.
11    Q   Did you ever -- did you have any
12  discussions with Jessa Hinton regarding your
13  deposition today?
14    A   No.
15    Q   Have you had discussions with anybody else
16  concerning your deposition today besides your
17  attorney?
18    A   Any other model that was present, no.
19    Q   Have you made any written statements
20  regarding the allegations in this lawsuit to anyone
21  or anywhere?
22        MR. GOLASZEWSKI: We're talking ever?
23        MR. SPIEGEL: Within the past five years.
24    A   Have I talked about this case?
25    Q   Yes. Have you made any written statements

Page 15

1          T. TOTH
2  such as on any websites or to any reporters?
3     A   No.
4     Q   In preparation for today's testimony, what
5  documents did you review, if any?
6     A   I reviewed the complaints and any -- and
7  the other thing you had showed me. No, not that.
8     Q   Images?
9     A   Something else. I don't remember.
10    Q   Okay. Just getting some quick background
11  from you.
12    Where do you live currently?
13    A   Orange County.
14    Q   And how long have you lived in Orange
15  County?
16    A   My whole life.
17    Q   Your whole life?
18    A   Mm hm.
19    Q   What address do you live at currently?
20        THE WITNESS: Is it okay to give it?
21        MR. SPIEGEL: It's subject to a
22  confidentiality agreement.
23    A   Oh, okay. 2127 East Brentford Avenue,
24  Orange, California 92867.
25    Q   And how long have you lived at that

Page 16

1          T. TOTH
2  address?
3     A   Since 2009.
4     Q   And what's your date of birth?
5     A   3/28/86.
6     Q   Do you have a California driver's license?
7     A   Yes.
8     Q   And what's your marital status?
9     A   Married.
10    Q   How long have you been married?
11    A   It will be eight years in May.
12    Q   Do you have any children?
13    A   No.
14    Q   And the name of your spouse is Jeffrey
15  Gray; is that correct.
16    A   Yes.
17    Q   And what does he do for a living?
18    A   He's a corporal and swat officer.
19    Q   For Orange County?
20    A   Yes, City of Orange.
21    Q   Have you ever been arrested?
22    A   No.
23    Q   Now, with respect to social media
24  accounts, we saw that you have some public profiles
25  with respects to Instagram and Facebook; is that



Page 17

1                    T. TOTH
2   correct?
3       A   Yes.
4       Q   Do you have any other public profiles with
5   respect to social media sites?
6       A   I have my website, and Twitter.
7       Q   Is your Twitter account public?
8       A   Yes.
9       Q   What else besides your website and
10  Twitter?
11      A   I have a Tumblr blog, but I haven't used
12  it. I think it's up, but I haven't used it
13  recently.
14      Q   Any others?
15      A   Not that I know of.
16      Q   And you're Instagram name is Tiffany Toth
17  XOXO; is that correct?
18      A   Yes.
19      Q   Is that your name also on Facebook?
20      A   No.
21      Q   What's your name on Facebook?
22      A   It's just at Tiffany Toth, the number 2.
23      Q   And what about on Twitter.
24          What's your Twitter handle?
25      A   Twitter is the Tiffany Toth XOXO.

Page 18

1                    T. TOTH
2       Q   And do you use these public profiles for
3   marketing purposes?
4       A   I would say marketing, personal, yeah.
5       Q   Do you have a separate personal account on
6   these social media accounts?
7       A   On Facebook I do.
8       Q   Not on the other ones, not on Instagram or
9   Tumblr or Twitter?
10      A   Well, it's hard to say if it's personal.
11  I mean, I don't know, it's my life, so it's personal
12  to me. So I don't know.
13      Q   So on your public -- let's just focus on
14  the Facebook account for a moment.
15      A   Okay.
16      Q   So on your public Facebook account, you
17  might post some personal information about yourself?
18          MR. GOLASZEWSKI:   Objection.
19          You can answer.
20      A   Well, my job is public. But it's personal
21  to me. So I don't know how to answer that.
22      Q   So do you post photographs or comments
23  about you and your friends, for example?
24      A   Yes.
25      Q   Okay. That's just concerning Facebook,

Page 19

1                    T. TOTH
2   correct?
3       A   Yes.
4       Q   And what about on Instagram, do you post
5   photos regarding your friends and family?
6       A   Yes.
7       Q   Do you have a Snapchat?
8       A   I do.
9       Q   Is it a public Snapchat page?
10      A   Yes, but I don't use it.
11      Q   I don't think I understand Snapchat.
12          Do you have followers on Snapchat?
13      A   Yeah, I guess they're followers, but I
14  can't see them. It's just you see how many people
15  view your snap. I don't know. I haven't been there
16  in a long time.
17      Q   So you're not able to tell how many people
18  are actually following you on Snapchat?
19      A   No, but you can see how many people view
20  when you Snapchat. But since I don't do it, I don't
21  know until I do a Snap.
22      Q   And when we looked at your Facebook
23  profile, it looked as though you have over 4 million
24  likes; does that sound accurate?
25      A   Yes.

Page 20

1                    T. TOTH
2       Q   So just focusing on just the modeling part
3   of your career. I'm not sure of the other aspects
4   of how you get compensation. Just for clarification
5   purposes, I want to make sure we're on the same
6   page.
7           There are photos which you might take
8   which are collaborations photos?
9       A   Yes.
10      Q   Where you work with a photographer and you
11  agree to take photos with them, but you're not
12  compensated for those photos, and you don't sign a
13  release for those photos, and you and the
14  photography are both able to access and use those
15  photos how you see fit; is that correct?
16      A   Yes.
17          MR. GOLASZEWSKI:   Objection.
18      Q   So for purposes of this deposition, I'm
19  going to refer to certain photos as collaborations
20  photos. I just want to make sure you and I are on
21  the same page with that.
22          And with those collaborations photos, my
23  understanding also is there's no signed agreement
24  between you and the photograph photographers; is
25  that correct?



Page 21

1    T. TOTH
2    MR. GOLASZEWSKI: Objection.
3    A    There might have been in the past.
4    Q    Okay. So if there are any photos that we
5    look at that we refer as collaborations photos, and
6    there is a signed agreement or there is some
7    compensation, something other than what we
8    discussed, please be sure to let me know, so we can
9    clarify that point, okay?
10   A    Okay.
11   Q    And the other types of photos which I
12   understand is that where you might take photographs
13   as part of a modeling job where a photographer takes
14   photos of you on behalf of a company or brand.
15       And for those, you are compensated; is
16   that correct?
17   A    Yes.
18   Q    And when I say "compensated," I'm not just
19   talking about money. I'm also talking about free
20   merchandise. Anything that might be deemed
21   compensation.
22       And for those, you occasionally will have
23   an agreement and a release, correct?
24   A    Not always.
25   Q    Not always, right. But sometimes you do

Page 22

1    T. TOTH
2    and sometimes you don't, correct?
3    A    Yes.
4    Q    Okay. So what I want to do now is I want
5    to show you some pictures from your public social
6    media accounts, and then we can go through them and
7    you can establish whether or not those are
8    collaborations photos or those are photos where
9    there's contracts or leases or compensation, okay?
10   A    Okay.
11   Q    If you would, turn to the first tab. So
12   this first tab which we're not going to mark as
13   exhibits until we dive into it.
14       For this first tab, is this a
15   collaboration photo?
16   A    No.
17   Q    Do you recall when you took this photo?
18   A    I do not.
19   Q    Do you recall who you took this photo for?
20   A    I think it was Mystery House.
21   Q    And you said before, that's the lingerie
22   and costume company?
23   A    Yes.
24   Q    Do you recall who the photographer was?
25   A    Yes.

Page 23

1    T. TOTH
2    Q    And who was that.
3    A    Jean Paul.
4    Q    So when you say Jean Paul, is it J-E-A-N
5    or J-O --
6    A    Yes, J-E-A-N.
7    Q    And is he located in Los Angeles, Orange
8    County?
9    A    He has since died.
10   Q    Did you do a lot of work with Jean Paul.
11   A    Yes.
12   Q    Did Jean Paul do many of the photographs
13   for Mystery House?
14   A    Yes.
15   Q    Now, my understanding is that the
16   photographer is a freelance employ -- he's not an
17   employee.
18       He's like a freelance photographer; is
19   that correct?
20       MR. GOLASZEWSKI: Objection.
21   Q    So is Jean Paul employed by Mystery House?
22       MR. GOLASZEWSKI: Objection.
23   Q    As far as you know?
24   A    Well, I know he was employed by them. But
25   at the same time, he's employed by a lot of

Page 24

1    T. TOTH
2    different people. So I don't really know how to
3    answer that.
4    Q    Okay. So you don't know relationship?
5    A    I didn't know like his work status.
6    Q    All right. So did you have a manager when
7    you took this photo?
8    A    An agency, yes.
9    Q    An agency. What agency was that?
10   A    Oh, I don't remember at the time.
11   Q    Who's your current agent?
12   A    For print?
13   Q    So there are different types of agents?
14   A    Yes.
15   Q    So when you say "print," you mean
16   modeling?
17       Is it the same thing?
18   A    Print work, meaning anything in print.
19   Q    Okay. So that would be any photographs
20   you might take, correct?
21       MR. GOLASZEWSKI: Objection.
22   A    Yes.
23   Q    What agents do you currently have?
24   A    CESD.
25   Q    And what kind of agent is it that?



Page 25

T. TOTH

2   A   That's a print agent.
3   Q   Okay. And who else?
4   A   NTA.
5   Q   MTA?
6   A   NTA.
7   Q   And what kind of agency is that?
8   A   That's a commercial agent?
9   Q   And what is a commercial agent?
10   A   Anything commercials.
11   Q   Any other agents?
12   A   Otto, O-T-T-O.
13   Q   And what kind of agency is Otto?
14   A   Print.
15   Q   So you have two print agents?
16   A   Yes.
17   Q   Do you have any other agents besides these
18 three?
19   A   No.
20   Q   So with the way it works, is that Mystery
21 House contacts your agent, and your agent contacts
22 you to see if you're interested in doing a shoot?
23       MR. GOLASZEWSKI: Objection.
24   Q   Is that how it works?
25   A   It could, yes.

Page 26

T. TOTH

2   Q   So for purposes of Mystery House, is that
3 how it worked with them?
4   A   It might have been direct. I mean, I've
5 worked so many jobs. Some are direct, some are
6 through an agent.
7   Q   So for Mystery House in particular, did
8 you have a -- well, you said before, you currently
9 don't have a contract with them, correct?
10   A   Yes.
11   Q   And I'm sorry if you said this already,
12 you don't recall when this photo was taken?
13   A   I do not.
14   Q   Do you recall how much you were paid for
15 this photo?
16   A   I do not.
17   Q   If you would, turn to -- I'm sorry?
18       MR. SPIEGEL: Marking this as TT2. It's
19 the picture we just looked at.
20   Q   If you would turn to the second tab.
21 Was this a collaboration photo?
22   A   No.
23   Q   So I want to mark this as TT3.
24       (Whereupon, a photograph was
25       marked as Exhibit TT2 for

Page 27

T. TOTH

2       Identification.)
3       (Whereupon, a photograph was
4       marked as Exhibit TT3 for
5       Identification.)
6   Q   Do you recall when this photo was taken?
7   A   No.
8   Q   Do you recall the photographer who took
9 this photo.
10   A   I can't be sure.
11   Q   Do you recall what company you took this
12 photo for?
13   A   Yes.
14   Q   What company was that?
15   A   I believe it's Roma.
16   Q   I'm sorry, did you say Roma?
17   A   Roma.
18   Q   Do you recall how much you were paid for
19 this photo?
20   A   I do not.
21   Q   So with the contract or the agreement you
22 had with Roma, they gave you copies of the
23 photographs for you to use on your own social media
24 sites?
25   A   Yes. They'll give us catalogs or whatever

Page 28

T. TOTH

2 else we want as far as pictures.
3   Q   Just so I understand this, after a photo
4 shoot, they would send you a CD or a zip drive or
5 something of a picture that you just took with them?
6   A   If I want them, yes.
7   Q   If you requested?
8   A   Yes.
9   Q   And how many photos would be in that zip
10 drive or CD that they would send you?
11   A   Oh, gosh, I don't remember.
12   Q   Hundreds?
13   A   I usually don't even ask for them, because
14 I can just get it from them. Like if there's a
15 specific picture I want, I can just get it.
16   Q   But are there over 100 pictures that they
17 take of you on any given shoot?
18   A   Like 100 outfits, or 100 -- like what do
19 you mean?
20   Q   Different snaps that they take of you.
21       So when you get one of these zip drives or
22 CDs, let's say you request it, how many photos might
23 be on that zip drive?
24       MR. GOLASZEWSKI: Objection.
25   A   Well, they wouldn't give out every picture



Page 29

T. TOTH

2 that was taken that day. They're going to give out
3 what was chosen and going to be in the catalog.
4   Q   So on any given day, when you do a photo
5 shoot for Roma, how many photos do they take and
6 actually choose to use?
7   A   How many do they take? I don't know.
8       MR. GOLASZEWSKI: Objection.
9   A   I mean, there's multiple poses you can
10 shoot a costume, and you have to shoot front and
11 back. Some companies can take two shots and be
12 done, some can take five. I mean, I would not know.
13 I've done so many of these shoots, I couldn't tell
14 you.
15   Q   With Roma in particular, did you have an
16 agreement of how many photos they would use per
17 photo shoot.
18   A   No. Nobody knows.
19   Q   Could you turn to the next tab which is
20 tab 3.
21       Is this a collaboration photo?
22   A   No.
23   Q   Who did you shoot this for?
24   A   I think it was for Spicy Lingerie.
25       MR. SPIEGEL: I'm going to mark this as

Page 30

T. TOTH

2 TT4.
3       (Whereupon, a photograph was
4       marked as Exhibit TT4 for
5       Identification.)
6   Q   I'm sorry, you said Spicy Lingerie?
7   A   Yes.
8   Q   And what is Spicy Lingerie?
9   A   Lingerie company.
10   Q   Is it a website or is it a storefront?
11   A   It's a website.
12   Q   Do you recall when you took this picture?
13   A   I don't remember exactly.
14   Q   Do you recall how much you were paid for
15 this photo?
16   A   I do not.
17   Q   Do you recall if you have a contract or
18 lease with Spicy Lingerie?
19   A   I might have a release; no contract.
20   Q   If you would, turn to the next tab, tab 4.
21       Is this a collaboration photo?
22   A   No.
23       MR. SPIEGEL: For clarification purposes,
24 I'm going to mark this off as TT5.
25       (Whereupon, a photograph was

Page 31

T. TOTH

2       marked as Exhibit TT5 for
3       Identification.)
4   Q   Do you recall when you took this photo?
5   A   I don't.
6   Q   Do you recall who you took this photo for?
7   A   I mean, I took this for myself.
8   Q   Did you take this for any company?
9   A   No.
10   Q   So who was the photographer that took this
11 photo?
12   A   This was with my own camera.
13   Q   Have you sold this image to any companies?
14   A   No.
15   Q   If you would, turn to tab 5.
16       Did you take this photo with your own
17 camera as well?
18   A   Yes.
19   Q   If you would, turn to Exhibit 6.
20       Did you take this photo with your own
21 camera?
22   A   Yes.
23   Q   Did you shoot that day with Shirley of
24 Hollywood?
25   A   Yes.

Page 32

T. TOTH

2   Q   That's what it says in the caption,
3 correct?
4   A   Yes.
5   Q   But this is not one of the photos you took
6 with Shirley of Hollywood, right?
7   A   What do you mean?
8   Q   This is not taken by a professional
9 photographer, correct, this photo?
10   A   That was my taking a picture of a picture.
11   Q   Okay. This is a picture --
12   A   On the computer.
13   Q   Understood. So the actual photograph,
14 though, was taken by a professional photographer,
15 right?
16   A   So it's me taking a picture of the
17 computer screen of a shot that was just taken.
18   Q   Right. So the shot that was just taken,
19 was taken by a professional photographer, correct?
20   A   Yes.
21   Q   Do you recall who the photographer was?
22   A   Yes.
23   Q   What's his name?
24   A   David.
25   Q   David, what's the last name?



Page 33

T. TOTH

1
2  A   Mecey.
3  Q   Spell that, please?
4  A   M-E-C-E-Y.
5      MR. SPIEGEL:  I'm going to mark this for
6  clarification purposes.
7      This will be TT6.
8      (Whereupon, a photograph was
9          marked as Exhibit TT6 for
10         Identification.)
11 Q   So you said before, you did this for
12 Shirley of Hollywood, correct?
13 A   Yes.
14 Q   Are they a lingerie company?
15 A   Yes.
16 Q   As far as you know, do they have a
17 website?
18 A   Yes.
19 Q   And they also have a store front, or no?
20 A   No.
21 Q   Do you know if this photo was actually
22 used on their website?
23 A   No.
24 Q   Do you recall how much you were paid for
25 this photo?

Page 34

T. TOTH

1
2  A  No.
3  Q   If you would, turn to tab 7.
4  A   That's a different one than you.
5      MR. SPIEGEL:  Off the record.
6      (Whereupon an off-the-record
7          discussion was held at this
8          time.)
9  Q   Looking at Exhibit 7.
10     Is this a collaboration photo?
11 A  No.
12     MR. SPIEGEL:  I'm going to mark this as
13 TT7.
14     THE WITNESS:  Can I ask something?
15     MR. GOLASZEWSKI:  Off the record, if you
16 want to ask your attorney.
17     (Whereupon, a photograph was
18         marked as Exhibit TT7 for
19         Identification.)
20     (Whereupon, an off-the-record
21         discussion was held at this
22         time.)
23     MR. GOLASZEWSKI:  Off the record, Ms. Toth
24 made a clarification which we think makes sense
25 to put on the record.

Page 35

T. TOTH

1
2  Q   Do you want to repeat your question
3  please.
4  A   Yes.  When you had mentioned
5  collaborations, a collaboration could also mean
6  receiving pictures in exchange for the shoot, where
7  typically, a model might have to pay money for
8  pictures from certain photographs.  That could also
9  be a collaboration as well.  So receiving
10 professional photos.
11 Q   So the photos are your compensation?
12 A   Sometimes, yes.
13 Q   Okay.  So we haven't looked at any of the
14 photos so far that have been collaboration, correct?
15 A   Correct.
16 Q   So is this photo a collaboration?
17 A   Yes.  Meaning, it would have been that I
18 received photos that typically someone would have to
19 pay money for.
20 Q   Okay.  And that's the case for this
21 particular picture, correct?
22 A   Yes.
23 Q   Sorry, looking at --
24     MR. GOLASZEWSKI:  Referencing TT7.
25 A   Meaning, it was like a trade shoot to

Page 36

T. TOTH

1
2  where I got the photos that I wanted and wanted to
3  use.  So that would be my compensation.
4  Q   Okay.  So what company did you do this
5  shoot for?
6  A   It wasn't for a specific company.  It was
7  just to get photos that I wanted.
8  Q   So you did it just for the photographer?
9  A   Yes.
10 Q   Right.  So for collaboration purposes,
11 that's what I was talking about before.
12 A   So that would still be considered to you
13 collaboration?
14 Q   Correct.
15 A   Okay.
16 Q   And from when I understand is that the
17 purposes of this collaboration is so that you could
18 try to sell the image on your own or market with the
19 image?
20 A   Not sell.  Just to have.  I mean, this was
21 a while ago.  But yeah, I wanted to work with this
22 particular photographer?
23 Q   Who was this photographer?
24     What's his name?
25 A   His name was Nicholas.



Page 37

T. TOTH

2 Q What's his last name?
3 A De Bruin.
4 Q Can you spell that?
5 A I think it's D-E-B-R-U-I-N.
6 Q How come you wanted to work with Nicholas
7 De Bruin?
8 A Because I liked his work. He's a great
9 photographer.
10 Q So what's the benefit of you having these
11 pictures?
12 A I mean, for any model, to have great
13 pictures helps you get work.
14 Q So do you add these pictures to your
15 portfolio?
16 A Yes.
17 Q And is the portfolio something you send to
18 these companies when you're trying to get work?
19 A Back in the day, it would be a physical
20 book. Now everything is -- I mean, if you go to an
21 audition, it can be on your laptop or a kindle or,
22 you know, just by e-mail now.
23 Q Okay. And I'm sorry if you said this
24 before.
25 Do you recall what date this photo was

Page 38

T. TOTH

2 taken?
3 A I do not.
4 Q Let's turn to tab 8, please.
5 Is this photo a collaboration?
6 A No.
7 MR. SPIEGEL: Let's mark this off as TT8.
8 (Whereupon, a photograph was
9 marked as Exhibit TT8 for
10 Identification.)
11 Q So looking at TT8, do you recall what
12 company you took this photo for?
13 A This is not for a company.
14 Q Who is it for?
15 A Myself.
16 Q Who took the photograph?
17 A My camera.
18 Q Oh, this is your own personal picture?
19 A Mm hm.
20 Q Okay. Turn to tab 9, please.
21 Is tab 9 a collaboration?
22 A I don't -- no, nobody's tagged in it, so
23 no.
24 Q Did you take this picture yourself?
25 A No.

Page 39

T. TOTH

2 Q Did you take this picture for any company?
3 A I might have. I don't remember if this
4 was or not.
5 Q So you don't recall if you were paid money
6 for this photo?
7 A I think I was. I can't be sure though. I
8 don't remember.
9 Q Yeah I don't want you guessing. So if you
10 can't be sure, that's fine.
11 So if you would, turn to tab 10.
12 A Okay.
13 Q This looks like just a photo by one of
14 your friends; is that correct?
15 MR. GOLASZEWSKI: Objection.
16 A Yes.
17 Q This was not a professional photographer
18 taking this photo, correct?
19 A No.
20 Q And it wasn't for any company, correct?
21 A It was.
22 Q It was?
23 A Yes.
24 Q Well, it says on the tab that it was for
25 sponsor Blackheart Premium Spiced Rum.

Page 40

T. TOTH

2 A Yes.
3 Q So this was a photograph taken at an event
4 sponsored by that company?
5 A Yes.
6 Q Is Blackheart Premium Spiced Rum sponsored
7 by Playboy?
8 A I don't know what you mean.
9 Q How did you end up at this party?
10 A That's at the Playboy Mansion.
11 Q So were you asked by Playboy to attend
12 this party?
13 A Yes.
14 Q Were you paid to attend the party?
15 A Yes.
16 Q Do you recall how much you were paid?
17 A I do not.
18 Q And it says here on the photo, August 27,
19 2016.
20 To the best of your memory, was that the
21 date of this party?
22 A It could have been. Maybe not. I can't
23 say for sure.
24 Q To the best of your memory, was it around
25 this time?



Page 41

T. TOTH

1
2  A   Probably.  But I can't say for sure.
3  Q   Okay.  If you would, turn to tab 11.
4     Was this photograph at the Playboy
5  Mansion?
6  A   No.
7  Q   Do you recall where this photograph was
8  taken?
9  A   Yes.
10  Q   Where?
11  A   It was in Ecuador.
12  Q   Were you there on behalf of Playboy?
13  A   Yes.
14  Q   Were you compensated to go to Ecuador?
15  A   Yes.
16  Q   Do you recall how much you were paid?
17  A   I do not.
18  Q   Was Playboy throwing a party in Ecuador?
19  A   Yes.
20  Q   What kind of party was it?
21  A   It was a nightclub appearance.  There was
22  multiple ones that we did.
23  Q   What did Playboy ask you to do at this
24  party?
25  A   Literally just show up.

Page 42

T. TOTH

1
2  Q   Just wear a Playboy outfit and show up?
3  A   Because they used Playboy and -- yes.
4  Q   Were you serving drinks at the party?
5  A   No.
6  Q   So you were just walking around hanging
7  out?
8  A   Yes.  When you're wearing the bunny suit,
9  you do not handle alcohol, whatsoever.
10  Q   That's a rule Playboy has?
11  A   Yes.
12  Q   If you would, turn to tab 12.
13     Did you take this photograph?
14  A   It was with my camera.
15  Q   Was this at a photo shoot?
16  A   Yes.
17  Q   Who was the photo shoot for?
18  A   I don't remember this one.
19  Q   Do you recall how much you were paid for
20  this photo shoot?
21  A   No, I don't remember.
22  Q   If you would, turn to 10 of 13.
23     Who took this photo?
24  A   A photographer.
25  Q   Was this on behalf of a company?

Page 43

T. TOTH

1
2  A   Yes.
3     MR. SPIEGEL:  I'd like to mark this as
4  TT9.
5     (Whereupon, a photograph was
6     marked as Exhibit TT9 for
7     Identification.)
8  Q   Looking at TT9, that's a photograph of
9  you, correct?
10  A   Yes.
11  Q   What company was this photograph taken
12  for?
13  A   I don't remember exactly.
14  Q   Do you recall who the photograph was?
15  A   David Mecey.
16  Q   Do you recall how much you were paid for
17  this photo?
18  A   I do not.
19  Q   Do you recall if you signed a release with
20  respect to this photo?
21  A   Yes.
22  Q   He let's turn to tab 14.
23     MR. SPIEGEL:  I'm going to mark this as
24  TT10.
25     (Whereupon, a photograph was

Page 44

T. TOTH

1
2     marked as Exhibit 10 for
3     Identification.)
4  Q   Looking at TT10.
5     Is that you on the left?
6  A   Yes.
7  Q   Do you recall when this photo was taken?
8  A   I'm assuming 2015, because it says 2015 on
9  it.
10  Q   It has a hashtag, Playmates.
11     Was this photo taken on behalf of Playboy?
12  A   No.
13  Q   Is David Mecey the person who took this
14  photograph?
15  A   Yes.
16  Q   That's his copy right on the top left
17  corner; is that correct?
18  A   Yes.
19  Q   Do you recall the company this was taken
20  for?
21  A   Spicy.
22  Q   And what is Spicy?
23  A   Lingerie company.
24  Q   Is that a website, Spicy?
25  A   Yes.



Page 45

1          T. TOTH
2    Q   Do you recall how much you were paid for
3   this photograph?
4    A   I do not.
5    Q   So does David Mecey own the rights to this
6   picture?
7    A   I mean, the photographer always owns his
8   work. But I mean, he's a friend of mine. So a lot
9   of people would put that on their, so that way
10  people know who shot it on social media.
11   Q   So did David give you permission to use
12  this photograph on your social media?
13   A   Yes.
14   Q   Are you aware if David transfers any of
15  his photographs to any third parties?
16   A   No, he does not.
17   Q   Have you ever asked him?
18   A   Yes. I mean, photographers, they can
19  submit stuff. But they have -- but we would have to
20  sign something, and we would have to be okay with
21  that. But since this was for a particular company
22  where the release was signed for this company, these
23  images can only be used for Spicy Lingerie. So he
24  cannot do anything with these images.
25   Q   Do you recall if you ever signed a release

Page 46

1          T. TOTH
2   with Spicy Lingerie?
3    A   Yes.
4    Q   Do you recall the last time you did work
5   for Spicy Lingerie?
6    A   It might have been some time last year. I
7   don't remember.
8    Q   Do you recall how many times last year you
9   worked with Spicy Lingerie?
10   A   I do not.
11   Q   If you would, turn to the next tab.
12       MR. SPIEGEL: Let's mark this as TT11.
13          (Whereupon, a photograph was
14          marked as Exhibit TT11 for
15          Identification.)
16   Q   Is that your midsection?
17   A   Yes.
18   Q   Do you recall when this photograph was
19  taken?
20   A   I don't know when that specific photograph
21  was taken. I don't remember.
22   Q   Did you take this photograph for
23  JOINEYECANDY.com?
24   A   No.
25   Q   Who did you take this photograph for?

Page 47

1          T. TOTH
2    A   Myself.
3    Q   With your own camera?
4    A   My friend took it.
5    Q   So what is JOINEYECANDY.com?
6    A   At the time, it was an app somewhat like
7   Instagram.
8    Q   So it's a social media platform?
9    A   Yes.
10   Q   Was it for models?
11   A   It's pretty much like Instagram. So you
12  have followers on there, and your own profile.
13   Q   Does it allow users to connect more
14  personally with other users?
15   A   It's pretty much the same thing.
16   Q   You said "it was."
17       Did it dissolve, the company?
18   A   I don't know. I don't work with them
19  anymore. So I don't know.
20   Q   When was the last time you worked with
21  them?
22   A   This would have been in 2015, because I
23  guess that's what it says on there.
24   Q   Did you have a contract with this company?
25   A   No.

Page 48

1          T. TOTH
2    Q   So what were you compensated for this
3   photo?
4    A   Not for this post. But people that would
5   join, would pay, and then you would make money from
6   who would join.
7    Q   Did you have an equity stake in this
8   company?
9    A   No.
10   Q   Part ownership?
11   A   No.
12   Q   So somebody joined and they connected with
13  you, you could make money off of that?
14   A   Yes.
15   Q   In 2015, do you know how much money you
16  made off of JOINEYECANDY.com?
17   A   I don't remember.
18   Q   Do you recall how much money you made in
19  2016 off of JOINEYECANDY.com?
20   A   No.
21   Q   Why did you stop working with them?
22   A   I don't really even remember. I think
23  just because I'm on Instagram, and it's too hard to
24  keep up so many photos. I just didn't have time for
25  it.



Page 49

T. TOTH

1
2　Q　Okay. Turn to tab 16.
3　　　Was this photograph taken at the Playboy
4　Mansion?
5　A　No.
6　Q　Where was this photograph taken?
7　A　In Scottsdale.
8　Q　At the W in Scottsdale?
9　A　Yes.
10　Q　Was this for a Playboy function?
11　A　Yes.
12　Q　Were you paid by Playboy to attend?
13　A　Yes.
14　Q　Do you recall how much you were paid?
15　A　I do not.
16　Q　Was this photograph taken by a
17　professional photographer?
18　A　No. It might have been, actually. I
19　don't know. I take my own pictures too, so I don't
20　know.
21　Q　Okay. If we turn to tab 17.
22　　　Do you recall when this photograph was
23　taken?
24　A　It says December 2014.
25　Q　Does that sound about right?

Page 50

T. TOTH

1
2　A　Yes.
3　Q　Was this photograph taken on behalf of the
4　company?
5　A　No.
6　Q　Was this part of a collaboration?
7　A　It was for my friend who's a comedian. It
8　was like a funny skit she did for YouTube.
9　Q　So it has a hashtag, Victoria's Secret,
10　hashtag, parody, hashtag, VS Fashion Show.
11　　　This was not part of a Victoria's Secret
12　Fashion Show?
13　A　No.
14　Q　If you would, turn to tab 18.
15　　　Was this photograph taken at a Playboy
16　function in Seoul, Korea?
17　A　Yes.
18　Q　Do you recall how much you were paid to
19　attend this event?
20　A　No.
21　Q　If you would, turn to the next tab, tab
22　19.
23　　　MR. SPIEGEL: We'll mark this as TT12,
24　please.
25　　　(Whereupon, a photograph was

Page 51

T. TOTH

1
2　　　marked as Exhibit TT12 for
3　　　Identification.)
4　Q　So looking at these four magazine cover
5　photos.
6　　　It appears that you're featured on the top
7　left one, correct?
8　A　Those aren't magazine covers.
9　Q　Okay. What are they?
10　A　They are flyers for an event.
11　Q　So you're featured on the one flyer for
12　the event, or all four pictures are on the same
13　flyer?
14　A　They're different flyers, so I have my
15　phone flyer. They were all just posted together,
16　because we were all working together.
17　Q　So are all these flyers for the same
18　event?
19　A　Yes.
20　　　And it says here, at Cake Nightclub.
21　　　Is that the name of a nightclub in Los
22　Angeles?
23　A　No.
24　Q　What's Cake Nightclub?
25　A　It's a nightclub in Scottsdale.

Page 52

T. TOTH

1
2　Q　Did you have to fly out to Scottsdale for
3　this event?
4　A　Yes.
5　Q　Did you attend the event?
6　A　Yes.
7　Q　Do you recall who sponsored this party?
8　Sorry, let me rephrase that.
9　　　Did you take they picture for Cake
10　Nightclub?
11　A　No.
12　Q　Who did you take this picture for?
13　A　That was for myself, and we provided them
14　with the image they could use.
15　Q　So who was the photographer of this image?
16　A　My friend Eric.
17　Q　Do you recall how much you were paid for
18　this photograph?
19　A　I was not paid, because it was a
20　collaboration for me to get photos.
21　Q　But you said you ended up attending the
22　party, correct?
23　A　Yes.
24　Q　Were you paid to attend the party?
25　A　Yes.



Page 53

T. TOTH

2  Q   Do you recall how much you were paid?
3  A   I do not.
4  Q   If you would, turn to tab 21.
5  A   It's a different photo.
6  Q   Yeah, we're skipping one.
7      So here you were featured on the cover of
8  Candy Magazine?
9  A   Yes.
10 Q   And it says that you were the readers'
11 choice for the favorite 2013 Candy cover, correct?
12 A   Correct.
13 Q   So were you featured during the 2013 year,
14 as well, on the cover?
15     MR. GOLASZEWSKI:  Objection.
16 A   So that would have been for a cover in
17 2013.
18 Q   So do they have an issue where there's
19 model of the year for Candy Magazine, such as
20 Playboy might have Playmate of the year?
21 A   Correct, yes.
22 Q   So my understanding is that you would have
23 been featured on one of the magazine covers
24 throughout the year, and then you're picked to be
25 the model of the year at the end of the year; is

Page 54

T. TOTH

2  that correct?
3  A   So there's a girl on every issue for the
4  year.  This was just for, I guess, what readers had
5  voted as their favorite cover.  But I think they
6  also have like a model-of-the-year type thing too.
7  Q   Do you know how many times you've been
8  featured on the cover of Candy Magazine?
9  A   I think three times.
10     MR. SPIEGEL:  And we're going to mark this
11     as 13.
12     (Whereupon, a photograph was
13     marked as Exhibit TT13 for
14     Identification.)
15 Q   You said that you were featured on the
16 cover of Candy Magazine three times?
17 A   I believe it was three.
18 Q   So do you recall how much you were paid to
19 be on the cover of the magazine?
20 A   I don't remember.  I do know, though, that
21 we would also make a percent of sales as well.  I do
22 know that.  I don't remember how much it was though.
23 Q   And answer only if you know that this:  Do
24 you recall those three times that you were featured
25 on the cover of Candy Magazine; was that all during

Page 55

T. TOTH

2  2013?
3  A   No.
4  Q   Do you recall when you were featured on
5  the cover of the magazine?
6  A   I don't remember.
7  Q   Do you remember the last time you were
8  featured on the cover of Candy Magazine?
9  A   It was some time last year.
10 Q   What kind of magazine is Candy Magazine?
11     What kind of publication is it?
12 A   What do you mean?  Like is it --
13 Q   Is it sports, fashion?
14 A   It's like a men's lifestyle type magazine.
15 Q   Now, outside of being on the cover of this
16 magazine, have you been featured in the publication
17 itself?
18 A   Inside of this issue, yes.
19 Q   Outside of the issues that you're on the
20 cover, were you featured otherwise in the magazine?
21 A   Yes.
22 Q   Do you recall how many times you've been
23 in this magazine outside of the cover issues?
24 A   Well, any one of the issues that I'm on
25 the cover, I would be inside of the magazine.

Page 56

T. TOTH

2      Is that what do you mean?
3  A   Outside of those issues.
4  A   Oh, no.
5  Q   So you've only been featured in Candy
6  Magazine total three times, correct?
7  A   I believe it was three.
8  Q   Okay.
9  A   I think it was three.
10 Q   And did Candy Magazine give you permission
11 to use this photograph on your social media site?
12 A   Yes.
13 Q   If we would, turn to tab Insta 1.
14     Do you recall who you took this photograph
15 for, what company?
16 A   This was for myself.
17 Q   Did you take this photograph yourself with
18 your camera?
19 A   No, this was a photographer friend of
20 mine.
21 Q   But you didn't do this on behalf of a
22 company, correct?
23 A   It was a company provided me the lingerie
24 that I could use for the shoot if I tagged them.
25 Q   So you received free lingerie?



Page 57

1          T. TOTH
2    A    Yes.  So this was a collaboration.
3    Q    Okay.
4         MR. SPIEGEL:  We're going to mark this as
5    TT14.
6              (Whereupon, a photograph was
7              marked as Exhibit TT14 for
8              Identification.)
9    Q    Do you recall when you took this photo?
10   A    Within the last two years.  I can't be
11   sure though.
12   Q    Okay.  Now, if you turn to the next tab,
13   Insta 2.
14        Did you take this photograph with your own
15   camera?
16   A    Yes.
17   Q    Did you ever sell this photograph to any
18   company?
19   A    No.
20   Q    If you would, turn to Insta 3.
21        It looks like this photograph is for a
22   Super Bowel party; is that right?
23   A    Yes.
24   Q    Did you take this at the Playboy mansion?
25   A    No.

Page 58

1          T. TOTH
2    Q    Do you recall where you took this photo?
3    A    This was at a venue in San Francisco.
4    Q    Do you recall if -- did you take this
5    photograph for Playboy?
6    A    It might have been.  Sometimes if you're
7    booked a job, there might be a requirement within,
8    that you post at least whatever they tell you for
9    that night.  Like this particular event might have
10   had that we had to post a picture that night as
11   well.
12   Q    Do you recall what you were paid to attend
13   this event?
14   A    I do not.
15   Q    Please turn to Insta 4 tab.
16        Was this photograph taken on behalf a
17   company?
18   A    Yes.
19   Q    Let's mark this as TT15, please.
20             (Whereupon, a photograph was
21             marked as Exhibit TT15 for
22             Identification.)
23   Q    What company was this photograph taken
24   for?
25   A    It looks like Spicy.

Page 59

1          T. TOTH
2    Q    Do you recall what you were compensated
3    for this photo?
4    A    I do not.
5    Q    Do you recall if Spicy used this
6    photograph on their own website?
7    A    Yes.
8    Q    Do you recall signing a release with Spicy
9    for this photograph?
10   A    Yes.
11   Q    If you would, turn to Insta 5.
12        This looks like a photograph of the
13   Playboy mansion; is that correct?
14   A    Yes.
15   Q    Is this one of the photographs that you
16   were paid to attend an event?
17   A    No.  Or actually, I think I was there for
18   a job, but we went in the grotto.
19   Q    What kind of job were you there for?
20   A    Something for Playboy.
21   Q    So Playboy has parties at their mansion;
22   is that correct?
23   A    Yes.
24   Q    And then they ask you to attend and they
25   give a fee for attending; is that correct?

Page 60

1          T. TOTH
2    A    Yes.
3    Q    And do you recall how much you were paid
4    to attend this event?
5    A    This wasn't an event.  This was a photo
6    shoot with a few people that was at the mansion.
7    Q    Okay.  So do you recall what you were paid
8    for this photo shoot with Playboy?
9    A    I don't.
10   Q    If you would, turn to Insta 6.
11        This just looks like a selfie; is that
12   correct?
13   A    Yes.
14   Q    This wasn't used for any publication,
15   correct?
16   A    No.
17   Q    If you would, turn to Insta 7, please.
18        Was this used for any -- I'm sorry, take
19   that back.
20        Did you take this photograph for any
21   company?
22   A    Yes.
23        MR. SPIEGEL:  Would you please mark that
24   as TT16.
25             (Whereupon, a photograph was



Page 61

1              T. TOTH
2              marked as Exhibit TT16 for
3              Identification.)
4    A   When you say, take for a company, do you
5    mean post for a company, or the actual picture was
6    shot for a company?
7    Q   Either or.
8    A   I mean, it was shot for a company.
9    Q   What company did you shoot this for?
10   A   I don't remember exactly the name of it.
11   I don't remember.
12   Q   Looks like it might be a bathing suit
13   company?
14   A   Yeah.
15   Q   Do you recall how much you were paid for
16   this company?
17   A   I don't.
18   Q   Do you recall signing a release to take
19   this photograph for this company?
20   A   Yes. I usually sign a release.
21   Q   Okay. If you would, turn to Insta 8,
22   please.
23       MR. SPIEGEL: Actually, off the record for
24   a second.
25          (Whereupon, an off-the-record

Page 62

1              T. TOTH
2              discussion was held at this
3              time.)
4    Q   So looking at Insta 8.
5        Was this photograph taken at the Playboy
6    Mansion?
7    A   No.
8    Q   Where was this photograph taken?
9    A   In Scottsdale.
10   Q   Was this photograph used in -- strike
11   that.
12       Was this photograph taken by Playboy or
13   for Playboy?
14   A   I don't know if someone took it or if it
15   was with my own camera. I'm not sure.
16   Q   So you're not sure if Playboy used this on
17   their website or in their publication?
18   A   I mean, they could if they wanted to.
19   Q   Do you recall what event this was for?
20   A   Yes.
21   Q   What event was it?
22   A   This was for the Super Bowel party.
23   Q   Do you recall if you were paid to attend
24   the Super Bowel party?
25   A   Yes, I was.

Page 63

1              T. TOTH
2    Q   Do you recall how much you were paid?
3    A   I do not.
4    Q   If you would, turn to Insta 9.
5        Was this photograph taken with your own
6    camera?
7    A   Yes.
8    Q   But it says in the caption that it was
9    taken for Roma Costume for today.
10       So was this at the set of a Roma shooting?
11   A   Yes.
12   Q   Do you recall what you were compensated
13   for this photo shoot?
14   A   I don't remember.
15   Q   If you would, turn to Insta 10. The
16   caption says from a 2014 calender shoot.
17       Do you recall who the calender shoot was
18   for?
19   A   Yes.
20   Q   Who was it?
21   A   It was my own calender.
22   Q   Who published the calender?
23   A   It was a publishing company on my behalf.
24   Q   What publishing company?
25   A   It was -- oh, gosh, I don't remember

Page 64

1              T. TOTH
2    exactly. I think it was TF Publishing.
3    Q   Do you recall who --
4    A   I'd have to look it up. I don't remember
5    exactly the name.
6    Q   Do you recall who the photographer was
7    taking this photograph?
8    A   Yes.
9    Q   Who was it?
10   A   It was Mario.
11   Q   What's Mario's last name?
12   A   Barberio.
13   Q   How do you spell that, please?
14   A   B-A-R-B-E-R-I-O.
15   Q   So the calender was for 2014; is that
16   correct?
17   A   Yes.
18   Q   Do you know how many calendars you sold?
19   A   I don't remember.
20   Q   Do you recall how much you made per
21   calender sale?
22   A   I don't remember what the agreement
23   exactly was, how much per calender.
24   Q   Did you receive a flat rate from the
25   publishing company?



Page 65

T. TOTH

2    A    No.

3    Q    Are you aware if this photograph was used
4    by any other company?

5    A    It was not.

6    Q    All right. If you would, turn to Insta
7    11.

8         Was this a photograph you took for
9    Playboy?

10    A    Yes.

11    Q    Do you recall what year this photograph
12    was taken?

13    A    2011.

14    Q    Was this part of your Playmate of the
15    Month issue?

16    A    Yes.

17    Q    If you would, turn to Insta 12.

18         Do you recall who you took this photograph
19    for?

20    A    That was the same company. I don't
21    remember exactly what the name of it was.

22    Q    And this photographer was Mario Barberio,
23    the same photographer you said before, correct?

24    A    Yes.

25    Q    Do you recall how much you were

Page 66

T. TOTH

2    compensated for this photograph?

3    A    I don't remember for this one.

4    Q    Could we turn to Insta 13. This
5    photograph looks similar to the last one.

6         To the best of your recollections was this
7    the same company as the last photograph?

8    A    Yes. But this was a picture I took from
9    the computer, once again.

10    Q    And do you recall how much you were
11    compensated for this photograph?

12    A    I do not.

13    Q    If we could, turn to Insta 14. You have
14    Roma costume next to the picture.

15         Is that who you took this photograph from?

16    A    Yes. This was a picture from their
17    catalog.

18    Q    Do you recall when you took this picture?

19    A    I do not.

20    Q    Do you recall how much you were
21    compensated for this picture?

22    A    I do not.

23    Q    If you would, turn to Insta 15. Same
24    thing.

25         This one was taken for Roma costumes; is

Page 67

T. TOTH

2    that correct?

3    A    Yes.

4    Q    Do you recall when you took this picture?

5    A    No.

6    Q    Do you recall how much you were
7    compensated for this picture?

8    A    No.

9    Q    If you would, turn to Insta 16.

10         Do you recall when you took this
11    photograph?

12    A    It was quite awhile ago. But I don't
13    remember exactly.

14    Q    Do you recall who you took this photograph
15    for?

16    A    This was just with my own camera.

17    Q    Was this photograph -- to the best of your
18    knowledge, was this photograph used by any company.

19    A    No.

20    Q    And you said before, I think you had over
21    4 million Facebook likes?

22    A    Follower, likes, I think it's the same.

23    Q    Do you know approximately how many
24    Instagram followers you have?

25    A    I have almost 1.1 million.

Page 68

T. TOTH

2    Q    Are you more active on either one of them
3    or equally active?

4    A    I would say equally.

5    Q    Now, are you paid to run any ads on any
6    social media site by any company?

7         MR. GOLASZEWSKI: Objection.

8    A    Like what do you mean ads?

9    Q    For example, does any company pay you to
10    give them a shoutout on your social media page?

11    A    Yes.

12    Q    Just focusing on 2017 alone, okay.

13         What companies pay you to represent them
14    your social media sites?

15    A    In just 2017?

16    Q    Let's just focus on 2017 for a moment.

17    A    Gosh, I don't know.

18    Q    A lot?

19         MR. GOLASZEWSKI: Objection.

20    A    I mean, because sometimes people have us
21    post for 24 hours. Sometimes they'll have us post
22    for five hours. I can't remember off the top of my
23    head. There might still be some on their if they're
24    permanent posts. So I can't really say.

25    Q    Do you run your own social media sites?



Page 69

1           T. TOTH
2      A   Yes.
3      Q   So let's try to parse them out a little
4  bit, break them dow.  So let's focus just on
5  Facebook.
6          In 2017, who has -- what advertisers have
7  paid you to post permanently on Facebook?
8          MR. GOLASZEWSKI:  Objection.
9      A   I mean, there's not one specific company.
10  There are different -- they could be articles.  They
11  can be videos, and you can be paid per click.  So I
12  mean, if you keep it up longer, you get paid more.
13  So I'm allowed to delete anything I want.  I mean,
14  it's my page.  But everything's kind of case by
15  case.  Sometimes people will pay you to put
16  something up for five hours, sometimes 24, sometimes
17  for just a week.  So I would need to know exactly
18  what company you're asking for to really know.
19      Q   So that's why I'm trying to understand
20  what companies you work with.  So let's break it
21  down a little more.
22          Over the past week, have you posted
23  anything on Facebook on behalf of a company and
24  received compensation for that post?
25      A   Yes.

Page 70

1           T. TOTH
2      Q   What companies have you done that for?
3      A   So it's a company that has articles.  So
4  it's like hard for me to say what exactly what I
5  would call it, I guess.
6      Q   So you're paid by that one company to
7  repost articles?
8      A   But the people also pay them.  So like
9  advertisers, I guess.  I don't know the names of
10  every single one that I share.
11      Q   Okay.  So over the past week, right,
12  what's the name of that company that's paid you to
13  post on behalf of these companies?
14      A   ServeSpring.
15      Q   And does ServeSpring actually sell
16  anything themselves?
17      A   They're like a -- I don't know how to
18  explain it.  Like they -- it's like they are -- they
19  provide articles on social media that you can share.
20      Q   Okay.  What kind of articles?
21      A   It could be like current events, pop
22  culture, news.
23      Q   So just focusing on the last week, okay.
24          What kind of posts -- if you know, what
25  kind of posts have they asked to you share?

Page 71

1           T. TOTH
2      A   Well, I can share.  I run my own page.  So
3  I share whatever I want to share that's provided if
4  I want to share it or not.
5      Q   Do you have an agreement with them of the
6  number of posts you'll share on their behalf?
7      A   No.
8      Q   And how much are you compensated by
9  ServeSpring to share their posts?
10      A   Well, you make money per click.  So it
11  kind of -- it'll depend.  Like the article, like say
12  you're make $30 per thousand clicks or some
13  companies pay a certain amount per one click.  So it
14  depends what articles you choose.
15      Q   How often do you receive a check from
16  ServeSpring?
17      A   Once a month.
18      Q   So is the last check you received from
19  them in March of 2017?
20      A   Well, sometimes I won't post though.  So I
21  mean, I'll still get a check, but it's kind of to
22  whatever I feel like posting, if I want to or not.
23      Q   Understood.  But was the last check you
24  received from ServeSpring in March 2017?
25      A   I think so.

Page 72

1           T. TOTH
2      Q   Do you recall how much you received from
3  ServeSpring in March of 2017?
4      A   I didn't even look, actually.  It's just
5  direct deposit.
6      Q   Do you recall any checks you've ever
7  received from ServeSpring, the amount of those
8  checks?
9      A   I don't remember exactly.
10      Q   Was it less than a ▓▓▓▓?
11      A   No.
12      Q   Was it less than $▓?
13      A   No.
14      Q   It was less than $▓▓▓?
15      A   Wait, is it less than?
16      Q   So the monthly checks you've received from
17  ServeSpring to date, are those monthly checks less
18  than $▓?
19      A   No.
20      Q   So those monthly checks -- are they less
21  than $▓?
22      A   They could be.  It just depends on how
23  many times I posted or which articles.  So sometimes
24  I could make this much, sometimes I could make this
25  much (indicating).  It just companies on what I post

