UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TIFFANY TOTH, GEMMA LEE, JESSA
HINTON, BROOKE TAYLOR, JESSE
GOLDEN, LINA POSADA, SHEENA LEE
WEBER, HEATHER RAE YOUNG, RACHEL
KOREN, SABELLA SHAKE, URSULA MAYES,
and CARMEN ELECTRA,

                      Plaintiffs,

         -against-

59 MURRAY ENTERPRISES, INC., d/b/a
NEW YORK DOLLS GENTLEMEN'S CLUB,
BARRY LIPSITZ, AAM HOLDING
CORPORATION, d/b/a PRIVATE EYES
GENTLEMEN'S CLUB, ANITA MICELI,
JAY-JAY CABERET, INC., d/b/a
FLASHDANCERS GENTLEMEN'S CLUB,
and MARSHA LIPSITZ,

                    Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/19

15 **CIVIL** 8028 (NRB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 3, 2018, Plaintiff's motion for summary judgment is granted and defendants' cross-motion for summary judgment is denied as to plaintiff Electra's Lanham Act claim. The Clubs are permanently enjoined from using Electra's image in any of their promotional material without Electra's permission. Plaintiffs' motion for summary judgment is denied and defendants' cross-motion for summary judgment is granted as to all other claims for relief. Defendants' motion to strike the reports, survey, and testimony of plaintiffs' proposed experts is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
        January 4, 2019

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                       **BY:**
                                                  **Deputy Clerk**