UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY TOTH, GEMMA LEE, JESSA HINTON, BROOKE TAYLOR, JESSE GOLDEN, LINA POSADA, SHEENA LEE WEBER, HEATHER RAE YOUNG, RACHEL KOREN, SABELLA SHAKE, URSULA MAYES, and CARMEN ELECTRA, <br><br> Plaintiffs, <br><br> - against - <br><br> 59 MURRAY ENTERPRISES, INC., d/b/a NEW YORK DOLLS GENTLEMEN'S CLUB, BARRY LIPSITZ, AAM HOLDING CORPORATION, d/b/a, PRIVATE EYES GENTLEMEN'S CLUB, ANITA MICELI, JAY-JAY CABARET, INC., d/b/a FLASHDANCERS GENTLEMEN'S CLUB, and MARSHA LIPSITZ, <br><br> Defendants. | Case No. 15-cv-8028 (NRB) <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that plaintiffs Tiffany Toth, Gemma Lee, Jessa Hinton, Jesse Golden, Lina Posada, Sheena Lee Weber, Heather Rae Young, Rachel Koren, Sabella Shake, Ursula Mayes and Carmen Electra (collectively, "Plaintiffs"), by and through their undersigned attorneys, hereby appeal to the United States Court of Appeals for the Second Circuit from: 1) the July 27, 2017 Memorandum and Order of the United States District Court for the Southern District of New York (Buchwald, J.) (Dkt. 59), pursuant to which the Court declined to enter Plaintiffs' proposed Judgment, which was submitted to the Court pursuant to Rule 68 of the Federal Rules of Civil Procedure after Plaintiffs accepted Defendants' Rule 68 Offer of Judgment; and 2) the January 3, 2019 Memorandum and Order of the United States District Court for the Southern District of New York (Buchwald, J.) (Dkt. 132), which: a) granted in part and denied in part

- 1 -

Plaintiffs' motion for summary judgment; b) granted in part and denied in part Defendants' motion for summary judgment; and c) granted Defendants' motion to preclude and to strike.

Dated:  New York, New York
         January 14, 2019

                    **THE CASAS LAW FIRM, P.C.**

                    By: /s/ John V. Golaszewski
                        John V. Golaszewski, Esq.
                        1745 Broadway, 17th Floor
                        New York, New York 10019
                        T: 855.267.4457
                        F: 855.220.9626
                        john@casaslawfirm.com

                      *Attorneys for Plaintiffs*