UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY TOTH, et al.

                              *Plaintiffs*,

      - against -

59 MURRAY ENTERPRISES, INC., et al.

                              *Defendants*.

Case No. 15-cv-8028 (NRB)

The parties respectfully submit this joint status report to apprise the Court of the status of this proceeding.

On September 13, 2021, Plaintiffs filed their Petition for a Writ of Certiorari with the United States Supreme Court, requesting the Court review the February 9, 2021 judgment the U.S. Court of Appeals for the Second Circuit. Defendants' response is due October 15, 2021. The parties respectfully request that this matter be stayed pending the Supreme Court's disposition of Plaintiffs' Petition.

Dated: New York, New York
        September 17, 2021

| | |
|---|---|
| THE CASAS LAW FIRM, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ John V. Golaszewski | /s/ Peter T. Shapiro |
| By: John V. Golaszewski | By: Peter T. Shapiro |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 1740 Broadway, 15th Floor | 77 Water Street, Suite 2100 |
| New York, New York 10019 | New York, New York 10005 |
| Ph: (855) 267-4457 | Ph: (212) 232-1300 |
| Fax: (845) 220-9626 | Fax: (212) 232-1399 |
| john@talentrights.law | peter.shapiro@lewisbrisbois.com |

4837-8401-1819.1

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2021
        New York, N.Y.